UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JACKIE PICKETT,

                 Plaintiff,

    -against-

OFFICER CANTONE, OFFICER APPICE,
OFFICER GALVIN and OFFICER KILLEEN,

                 Defendants.
----------------------------------------------------------X
FEUERSTEIN, District Judge:

**MEMORANDUM AND ORDER**
12-CV-4358 (SJF)(GRB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  SEP 19 2012  ★

LONG ISLAND OFFICE

I.    Introduction

Before the Court is the complaint of pro se incarcerated plaintiff Jackie Pickett ("plaintiff") against Officers Cantone, Appice, Galvin and Killeen, which is brought pursuant to 42 U.S.C. § 1983. The complaint is accompanied by an application to proceed in forma pauperis.

Upon review of plaintiff's declaration in support of his application to proceed in forma pauperis, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed in forma pauperis is GRANTED.

The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon the defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se plaintiff at his last known address, see Fed. R. Civ. P. 5(b)(2)(c).

**SO ORDERED.**

                                            s/ Sandra J. Feuerstein
                                            Sandra J. Feuerstein
                                            United States District Judge

Dated: September 19, 2012
Central Islip, New York